Newburgh Commercial Dev. Corp. v Cappelletti (2023 NY Slip Op 02668)

Newburgh Commercial Dev. Corp. v Cappelletti

2023 NY Slip Op 02668

Decided on May 17, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
LINDA CHRISTOPHER
JOSEPH A. ZAYAS
LILLIAN WAN, JJ.

2020-04188
 (Index No. 8749/19)

[*1]Newburgh Commercial Development Corp., et al., appellants, 
v
Vincent Cappelletti, respondent.

Wichler & Gobetz, P.C., Suffern, NY (Kenneth C. Gobetz of counsel), for appellants Newburgh Commercial Development Corp., Real Holding Corp., Real Management Corp., NY, Victor Cappelletti, Christine Cappelletti, Caitlyn Ryan, and William Cappelletti.
Lazar & Schwartz, Hopewell Junction, NY (Brett E. Jones of counsel), for appellant Jeanmarie Cappelletti.

DECISION & ORDER
In an action, inter alia, to recover damages for breach of contract, the plaintiffs appeal from an order of the Supreme Court, Orange County (Sandra B. Sciortino, J.), dated April 15, 2020. The order denied the plaintiffs' cross-motion for summary judgment for a declaratory judgment in their favor and granted the defendant's motion for summary judgment on his counterclaims and dismissing the complaint.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal must be dismissed because the right of direct appeal from the order terminated with the entry of the judgment in this action (see Matter of Aho, 39 NY2d 241, 248). The issues raised on the appeal from the order are brought up for review and have been considered on the related appeal from the judgment (see CPLR 5501[a][1]; Matter of Aho, 39 NY2d at 248; Newburgh Commercial Dev. Corp., v Cappelletti, _____ AD3d _____ [Appellate Division Docket No. 2020-04756; decided herewith]).
DUFFY, J.P., CHRISTOPHER, ZAYAS and WAN, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court